■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON REYES, Appellant. [616 NYS2d 270] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Balio, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN LENARTOWICZ, Appellant. [616 NYS2d 278] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Attempted Burglary, 2nd Degree.) Present—Balio, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ In the Matter of ANTHONY CAMPOLITO, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [616 NYS2d 278] —Determination unanimously confirmed and petition dismissed. Memorandum: We reject the contention of petitioner that the determination denying his participation in a temporary release program should be annulled. That determination did not violate any statutory requirement or constitutional right of petitioner and was not irrational *(see, Matter of Walker v LeFevre,* 193 AD2d 982, 983). (Article 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Balio, J. P., Fallon, Callahan, Davis and Boehm, JJ.